**Theodore HOSKINS, Plaintiff–Respondent,**

v.

**Babatunde DEINBO, Kenneth W. McClendon and Nina S. Schaefer, Defendants–Appellants.**

No. 71086.

Missouri Court of Appeals, Eastern District, Division Three.

April 29, 1997.

Charles R. Willis, St. Louis, for defendants–appellants.

Elbert A. Walton, Jr., Metropolitan St. Louis Legal Services Corp., P.C., St. Louis, for plaintiff–respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

Defendants, three of seven city council members of the City of Berkeley, passed a resolution declaring that plaintiff, Theodore Hoskins, had forfeited his office as Mayor of Berkeley.

Plaintiff sought and obtained a permanent injunction preventing the enforcement of the order.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An opinion would have no precedential

value. We affirm the judgment pursuant to Rule 84.16(b).